# United States Court of Appeals for the Fifth Circuit

————————

No. 22-20403
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

April 18, 2023

Lyle W. Cayce
Clerk

Wayne Smith,

*Plaintiff—Appellant*,

*versus*

David Hittner; MTGLQ Investors, L.P.; Brandon Hakari; Charles Eskridge; Sam S. Shelton; Clare I. Cougill; Marilyn Burgess,

*Defendants—Appellees*.

————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-3079

————————————————————

Before Clement, Southwick, and Engelhardt, *Circuit Judges*.
Per Curiam:[*]

Wayne Smith appeals the dismissal of his case under Federal Rule of Civil Procedure 12(b)(6). "We review *de novo* the grant of a Rule 12(b)(6) motion to dismiss." *Lampton v. Diaz*, 639 F.3d 223, 225 (5th Cir. 2011) (citation omitted). Having reviewed the briefs and the record, we find Smith

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-20403

hasn't shown that he stated a claim upon which relief can be granted. *See* FED. R. CIV. P. 12(b)(6). So, we AFFIRM and all pending motions are DENIED.